UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>TODD J. BINENSTOCK,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  No. 4:07MC00055 RWS<br>)<br>)<br>)<br>) |

*So Ordered*
*/s/ Rodney W. Sippel* USDJ
3/5/07

## NOTICE OF DISMISSAL

COMES NOW the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Deborah L. Golemon, Assistant United States Attorney, and pursuant to Fed. R. Civ. P. 41(a)(1)(i), voluntarily dismisses the above-styled case.

DATED this 2nd day of March, 2007.

                                            Respectfully submitted,

                                            CATHERINE L. HANAWAY
                                            United States Attorney


                                            */s/ Deborah L. Golemon*
                                            DEBORAH L. GOLEMON #92591
                                            Assistant United States Attorney
                                            111 South 10th Street, Rm. 20.333
                                            St. Louis, Missouri 63102
                                            (314) 539-6884 phone
                                            (314) 539-2777 facsimile

                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, the foregoing was served via First Class U.S. Mail upon the following non-participant in the District Court's Electronic Case Filing system:

TODD J. BINENSTOCK          Defendant
12 Clayton Downs Lane
St. Louis, MO 63131-3553

                                           */s/ Deborah L. Golemon*
                                           DEBORAH L. GOLEMON #92591
                                           Assistant United States Attorney

                                           Attorney for Plaintiff